```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
          V.                )   CRIMINAL NO. 4:04CR40011-NMG
                            )
LENNY JIMENEZ-BELTRE        )
a/k/a TONY PEREZ            )
a/k/a HECTOR RIVERA         )
a/k/a HECTOR CINTRON        )
```

**INDICTMENT**

<u>COUNT ONE</u>: 8 U.S.C. § 1326(a) -- Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about October 1, 2003, at Fitchburg, in the District of Massachusetts,

LENNY JIMENEZ-BELTRE,

defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) and (b)(2) and Title 2, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature]*
Christopher F. Bator
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS;.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK  4/28/04
12:31 pm

✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _II_____  **Investigating Agency** IMMIGRATION

**City** Fitchburg_____  **Related Case Information:**

**County** Worcester_____
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Lenny Jimenez-Beltre_____  Juvenile  ☐ Yes  ☒ No

Alias Name  Hector Rivera; Tony Perez; Hector Cintron_____

Address  _____

Birth date (Year only): ____  SSN (last 4 #): ____  Sex ___  Race: _____  Nationality: Dominican

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Christopher F. Bator._____  Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No  List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/28/04  Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Lenny Jimenez-Beltre

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. § 1326(a) | Illegal Reentry | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____