AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF ~~MASSACHUSETTS~~

UNITED STATES OF AMERICA

V.

LENNY JIMENEZ-BELTRE

## WARRANT FOR ARREST

CASE NUMBER: 4:04CR40011-NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___LENNY JIMENEZ-BELTRE___
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

illegal reentry after deportation

in violation of Title ___ United States Code, Section(s) 1326(a)

Deborah T. Shattuck
Name of Issuing Officer

Deborah T. Shattuck
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Deputy Clerk
Title of Issuing Officer

Worc. ~~Boston~~, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Boston, MA

| DATE RECEIVED 5/6/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/6/04 | DAVID J. GOLDEN | David J. Golden |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): _____

SOCIAL SECURITY NUMBER (last 4 digits only): _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____