# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
         v.                   )    CRIMINAL ACTION
                              )    NO. 04-40011-NMG
LENNY JIMENEZ-BELTRE,         )
         Defendant,           )
_____)
```

## INITIAL STATUS REPORT
## June 21, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Gorton, J. to whom this case is assigned:

1. <u>Plea Negotiations</u>

Counsel for the parties report that they are involved in plea negotiations and have requested additional time to complete those negotiations. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on August 5, 2004, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 20, 2004 (date of expiration of prior order of excludable time) through August 5, 2004 (date by which plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, October 14, 2004</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE
