UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 04-40011-FDS
LENNY JIMENEZ-BELTRE,          )
         Defendant,            )
_____)
```

STATUS REPORT
August 6, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Plea Negotiations

Plea negotiations in this case are complicated by the fact that there is a pending state case that needs to be resolved. Mr. Beltre's counsel has requested additional time to discuss resolution of the state charges with Mr. Beltre's counsel in that case. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on September 20, 2004, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from August 5, 2004 (date of expiration of prior order of excludable time) through September 20, 2004 (date by which plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, November 29, 2004</u>.

<u>/s/Charles B. Swartwood, III</u>  
CHARLES B. SWARTWOOD, III  
MAGISTRATE JUDGE