UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>LENNY JIMENEZ-BELTRE, )<br>     Defendant, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-40011-FDS** |

**ORDER OF EXCLUDABLE TIME**
**August 6, 2004**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 5, 2004 (date of expiration of prior order of excludable time) through September 20, 2004 (date by which plea negotiation should be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE