# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                                     )
UNITED STATES OF AMERICA,            )
                                     )
                                     )
            v.                       )   CRIMINAL ACTION
                                     )   NO. 04-40011-FDS
LENNY JIMENEZ-BELTRE,                )
        Defendant,                   )
_____)
```

## FINAL STATUS REPORT
### September 20, 2004

**SWARTWOOD, M.J.**

The following is a Final Status Report to Saylor, J. to whom this case is assigned:

1. <u>Rule 11 Hearing</u>

Mr. Jimenez-Beltre's counsel has requested that this case be returned to Judge Saylor for a Rule 11 hearing. I have granted that request.

2. <u>Excludable Time</u>

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through September 20, 2004. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, November 29, 2004</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE