UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA ) <br> ) <br> v. ) <br> ) <br> LENNY JIMENEZ-BELTRE, ) <br> ) <br> Defendant. ) | Criminal No. <br> 04-40011-FDS |

ORDER REGARDING APPLICATION
OF SENTENCING GUIDELINES

SAYLOR, J.

The court hereby advises the parties and their counsel in the above-referenced matter, which is set for sentencing on January 12, 2005, of the following:

Unless there is a decision to the contrary from the United States Supreme Court or the United States Court of Appeals for the First Circuit by the time of sentencing, the court intends to apply the United States Sentencing Guidelines, including all relevant enhancements, in this case.

So Ordered.

F. Dennis Saylor IV
United States District Judge

Dated: November 22, 2004