UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. )
) CR. NO. 04-40011-FDS
)
LENNY JIMINEZ-BELTRE )
)

## OBJECTION TO ORDER REGARDING
## APPLICATION OF SENTENCING GUIDELINES

Now comes the defendant in the above-entitled matter and sets forth his objection to the Order of the Court Regarding Application Of Sentencing Guidelines and assigns as reasons therefor the following:

1. If the United States Supreme Court does not rule by January 12, 2005 in *Booker* and *Fanfan* with regard to the validity of the United States Sentencing Guidelines, no good reason appears as to why a wait should not be imposed by the Court rather than a hasty sentencing so as to dispose of the

case with an eye towards making certain that the sentencing is constitutional.

The Defendant<br>
By His Attorney,<br>
<br>
*/s/ James B. Krasnoo*<br>
James B. Krasnoo<br>
(BBO #279300)<br>
Law Offices of James B. Krasnoo<br>
23 Main Street<br>
Terrace Level<br>
Andover, MA  01810<br>
(978) 475-9955

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Paul G. Casey, Assistant United States Attorney, 595 Main Street, Suite 206, Worcester, MA 01608 by first class mail on 11/23, 2004.

*/s/ James B. Krasnoo*
James B. Krasnoo

2