UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 04-40011-FDS |
| ) | |
| LENNY JIMINEZ-BELTRE ) | |

**MOTION FOR EVIDENTIARY HEARING**

Now comes the defendant in the above-entitled matter and requests an evidentiary hearing with regard to the following issues: the increase of the base level for the offense as an enhancement under the United States Sentencing Guidelines, more particularly described and set forth in the objection to the Presentence Report addressed by undersigned counsel to the United States Probation Officer dated December 21, 2004.

The Defendant
By His Attorney,

/s/ James B. Krasnoo
James B. Krasnoo
(BBO #279300)
Law Offices of James B. Krasnoo
23 Main Street
Terrace Level
Andover, MA  01810
(978) 475-9955

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Paul G. Casey, Assistant United States Attorney, 595 Main Street, Suite 206, Worcester, MA 01608 by first class mail on 12/21, 2004.

　　　　　　　　　　　　　　　　　/s/ James B. Krasnoo
　　　　　　　　　　　　　　　　　James B. Krasnoo