UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-40011-FDS |
| ) | |
| LENNY JIMENEZ-BELTRE ) | |

## UNITED STATES'S SUPPLEMENTAL SUBMISSION

The United States of America, through the undersigned attorney, files the following records to supplement the record in advance of the sentencing hearing currently scheduled for February 15, 2005:

1. Certified copy of conviction and criminal docket for MICR2000-00819, marked as Exhibit A;

2. Affidavit of Immigration and Customs Enforcement Investigative Assistant Doug Demais, marked as Exhibit B; and

3. Affidavit of Sergeant John Diliddo of the Worcester County Sheriff's Department, marked as Exhibit C.

Respectfully submitted,

Michael J. Sullivan
United States Attorney

By: /s/ Paul C. Casey
Paul G. Casey
Assistant U.S. Attorney

February 9, 2005

1

CERTIFICATE OF SERVICE

This is to certify that I have this 9th day of February, 2005, served upon the person listed below a copy of the foregoing document by facsimile and Federal Express:

James B. Krasnoo, Esq.
43 Main Street,
Terrace Level
Andover, MA 01810

_____
Paul G. Casey
Assistant U.S. Attorney

2

Commonwealth of Massachusetts
MIDDLESEX SUPERIOR COURT
Case Summary
Criminal Docket

## MICR2000-00819
### Commonwealth v Rivera, Hector Cintron

| | | | |
|---|---|---|---|
| **File Date** | 06/28/2000 | **Status** | Disposed (sentenced) (dsenimp) |
| **Status Date** | 02/04/2002 | **Session** | 6 - Crim 6 (Lowell) |
| **Jury Trial** | Unknown | **Origin** | I - Indictment |
| **Lead Case** | | | |

| | | | | |
|---|---|---|---|---|
| **Trial Deadline** 08/14/2001 | **Deadline Status** Deadline active since return date | | **Status Date** | 08/14/2000 |
| | **Custody Status** | | **Start Date** | |
| **Weapon** | **Substance** | | **Prior Record** | Unknown |
| **Arraignment** 08/14/2000 | **PTC Deadline** | 11/12/2000 | **Pro Se Defendant** | No |

### OFFENSES

| Num | Offense | Code | Status | Status Date |
|---|---|---|---|---|
| 1 | 10/19/1999 | 094C:032A:c | Guilty plea (lesser offense) | 02/04/2002 |
| | Class B substnc, phencyclidine/cocaine, distrib/manufac | | | |
| 2 | 10/19/1999 | 094C:032J | Guilty plea | 02/04/2002 |
| | Controlled substnc, school property | | | |
| 3 | 10/19/1999 | 090:024:2a.1 | Filed (guilty plea) | 02/04/2002 |
| | Operate MV recklessly/negligently, endangerment | | | |
| 4 | 10/19/1999 | 090:025 | Filed (guilty plea) | 02/04/2002 |
| | Refuse to give name, liscense, reg, fail to stop MV for police officer | | | |
| 5 | 10/19/1999 | 268:034A | Filed (guilty plea) | 02/04/2002 |
| | Furnishing false name or SS# to Law enforcement officer/official | | | |

### PARTIES

**Plaintiff**
Commonwealth
Gender: Unknown
Active 06/28/2000

**Private Counsel** 638368
Peter F Russell
Mass Atty General's Office
200 Portland Street
Boston, MA 02114
Phone: 617-727-2200
Fax: 617-727-5768
Inactive 09/20/2001

**District Atty's Office** 637901
Suzanne M Kontz
Middlesex County District Atty's Office
Sexual Assault Division
21 McGrath Highway
Somerville, MA 02143
Phone: 617-591-7740
Fax: 617-629-0224
Active 09/20/2001 Notify



EXHIBIT A

case01 160036 y y y y y n n                                                                 Page 1 of 3

# MICR2000-00819
## Commonwealth v Rivera, Hector Cintron

| Defendant | Private Counsel 555491 |
|---|---|
| Hector Cintron Rivera<br>Gender: Male<br>Active 06/28/2000 | J Daniel Silverman<br>669 Main Street<br>Wakefield, MA 01880<br>Phone: 781-245-9019<br>Fax: 781-246-0850<br>Active 08/15/2000 Notify |
| **Alias deft name**<br>Victor Rivas<br>Gender: Male<br>Active 06/28/2000 | |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/28/2000 | 1.0 | Indictment returned |
| 08/11/2000 | | Habeas corpus issued to Keeper Jail, Cambridge for 08/14/00 |
| 08/14/2000 | 2.0 | Affidavit of indigency filed; approved (Charles Grabau, J.) P.O. Shawn |
| 08/14/2000 | 3.0 | Appointment of Counsel J Daniel Silverman |
| 08/14/2000 | | Appearance of Commonwealth's Atty: Peter F Russell . Filed In Court |
| 08/14/2000 | | Deft arraigned before Court Grabau, J. |
| 08/14/2000 | | RE Offense 1:Plea of not guilty |
| 08/14/2000 | | RE Offense 2:Plea of not guilty |
| 08/14/2000 | | RE Offense 3:Plea of not guilty |
| 08/14/2000 | | RE Offense 4:Plea of not guilty |
| 08/14/2000 | | RE Offense 5:Plea of not guilty |
| 08/14/2000 | | Bail set: $15,000 cash (Grabau, J.) |
| 08/14/2000 | | Deft notified of right to request drug exam |
| 08/14/2000 | | Bail warning read in open Court |
| 08/14/2000 | | Mittimus issued not recognizing |
| 08/14/2000 | | Continued until 09/14/2000 PTC |
| 08/14/2000 | | Reporter present: J. Lynch |
| 08/17/2000 | 4.0 | Mittimus not Recog.--Indictments returned with service |
| 12/24/2001 | 5.0 | Motion by Deft: For Statements Of Cooperating Individuals |
| 12/24/2001 | 6.0 | Motion by Deft: For Production Of Documentary Evidence |
| 12/24/2001 | 7.0 | Motion by Deft: For Leave To File Additional Discovery Requests And Further Motions After Receipt Of Discovery |
| 12/24/2001 | 8.0 | Motion by Deft: For Defendant's Statements |
| 12/24/2001 | 9.0 | Motion by Deft: For Production Of Phisical Evidence |
| 12/24/2001 | 10.0 | Motion by Deft: For Exculpatory Evidence |
| 12/24/2001 | 11.0 | Motion by Deft: For Grand Jury Minutes |
| 12/24/2001 | 12.0 | Motion by Deft: To Inspect Grand Jury Exhibits |
| 12/24/2001 | 13.0 | Motion by Deft: For Production Of Witness Statements |
| 12/24/2001 | 14.0 | Motion by Deft: For Prior And Subsequent Bad Acts |

# Commonwealth of Massachusetts
## MIDDLESEX SUPERIOR COURT
### Case Summary
### Criminal Docket

09:52 AM

## MICR2000-00819
### Commonwealth v Rivera, Hector Cintron

| Date | Paper | Text |
|---|---|---|
| 12/24/2001 | 15.0 | Motion by Deft: For All Police Department Records |
| 12/24/2001 | 16.0 | Motion by Deft: To Be Furnished With Statements Of Promises, Rewards Or Inducements |
| 02/04/2002 | 17.0 | Deft files Waiver of Rights |
| 02/04/2002 | | Plea of not guilty changed to guilty; accepted (Haggerty, J) |
| 02/04/2002 | | RE Offense 1:Guilty plea (lesser offense) - under 94C:32A(a) |
| 02/04/2002 | | RE Offense 2:Guilty plea |
| 02/04/2002 | | RE Offense 3:Filed (guilty plea) |
| 02/04/2002 | | RE Offense 4:Filed (guilty plea) |
| 02/04/2002 | | RE Offense 5:Filed (guilty plea) |
| 02/04/2002 | | Defendant sentenced- Offense 001: HOC Billerica 2 and one half years/ 109 days to be served and deemed served. Balance suspended for one year. Deft as Pr and K. Daly as su. recog. in $100 and on one year probation. Offense 002: HOC Billerica 2 years. This sentence to take effect from end after the expiration of the sentence imposed this day in 001and deemed served (Haggerty, J) |
| 02/04/2002 | | All Fees: waived |
| 02/04/2002 | | Reporter present: Bea Cunha |
| 02/04/2002 | | Abstract sent to RMV and criminal investigations |



MIDDLESEX, ss. **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this 6 day of November 2003

Clerk

Distribution Of Cocaine
C. 94C, §32A (c)

# Commonwealth of Massachusetts

Middlesex, To Wit:

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within and for the County of Middlesex, on the First Monday of June in the year of our Lord two thousand.

**THE JURORS** for the **COMMONWEALTH OF MASSACHUSETTS** on their oath present,

That **Hector Cintron Rivera, A.K.A. Victor Rivas**

on the **Nineteenth** day of **October** in the year of our Lord nineteen hundred and ninety-nine at **Lowell**, in the County of Middlesex aforesaid, **did knowingly or intentionally manufacture, distribute, dispense or possess with intent to manufacture, distribute, or dispense a controlled substance as defined in clause (4) of paragraph (a) of Class B of Section Thirty-one of Massachusetts General Laws Chapter 94C, to wit: cocaine or any mixture containing cocaine in violation of section 32A (c) of Massachusetts General Laws Chapter 94C.**

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

_____
Foreman of the Grand Jury.

_____
Assistant District Attorney.

**Superior Court**                                                June, Sitting, 20 00

12TH day - Returned by the Grand Jury and filed in Court.

_____
Assistant Clerk

ORIGINAL

2000-819-001

2002 Aug 14

Defendant is arraigned and pleads not guilty. Mr. Gratton

PLEA RETRACTED AND PLEA GUILTY OFFERED AND ACCEPTED BY THE COURT COMMONWEALTH MOVES FOR SENTENCE,

w/o C 94C §34A(a)

2002 Late January 7

Defendant is ordered to recognize in the sum of $ _____ with surety or $ 15,000 cash.
Mittimus issued not recognizing.

mitt issued

Defendant notified of his right to all examination pursuant to Chapter 111E, Section 10 of the General Laws as Amended.

The Defendant has been notified in Open Court that the Commission of a crime, while on bail may result in Revocation of Bail

**MISDEMEANOR**
Failure to appear may result in a fine of $1,000 and/or one year in the House of Correction.

**FELONY**
Failure to appear may result in a fine of $50,000 and/or 5 years in the State Prison or 2½ years in the House of Correction.

cont to 9-14 PTC
Lynch reporter

2002 Aug 14

Sentence-House of Correction
2½ Years / 10 days
to be served balance
suspended

Balance
Sentence suspended for 2 years probation
_____ Deft. as Pr. and
_____ as Su.
recog. in $100.00, and on probation.

_____
_____ Asst Clerk

MIDDLESEX, ss.

**Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this 6 day of November 2003

_____ Clerk

School Zone Violation
C. 94C, §32J

# Commonwealth of Massachusetts

Middlesex, To Wit:

At the **SUPERIOR COURT**, begun and holden at the **CITY OF CAMBRIDGE**, within and for the County of Middlesex, on the First Monday of June in the year of our Lord two thousand.

**THE JURORS** for the **COMMONWEALTH OF MASSACHUSETTS** on their oath present,

That **Hector Cintron Rivera, A.K.A. Victor Rivas**

on the **Nineteenth** day of **October** in the year of our Lord nineteen hundred and ninety-nine at **Lowell**, in the County of Middlesex aforesaid, **did violate the provisions of section(s) 32A(C) of Chapter 94C of the Massachusetts General Laws while in or on, or within one thousand feet of the real property comprising a public or private elementary, vocational or secondary school whether or not in session.**

Against the peace of said Commonwealth, and contrary to the form of the statute in such case made and provided.

A true bill.

_____
Foreman of the Grand Jury.

_____
Assistant District Attorney.

**Superior Court**                                         June, Sitting, 20 _00_

_12TH_ day - Returned by the Grand Jury and filed in Court.

_____
Assistant Clerk

2000-819-002

2000 AUG 14

Defendant is arraigned and pleads not guilty. Mr. Graham

2002 February 4

PLEA RETRACTED AND PLEA GUILTY
OFFERED AND ACCEPTED BY THE COURT
COMMONWEALTH MOVES FOR SENTENCE.

Sentence-House of Correction

2 years

sentence to take effect from end and after the
___ of the sentence imposed this day in #2000/819-001
By the Court
[signatures]

---

MIDDLESEX, ss.

**Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this 6 day of November 2003

_____ Clerk

## AFFIDAVIT OF DOUG DEMAIS

I, Doug Demais, being duly sworn, do hereby depose and state as follows:

1. I am an investigative assistant for the Bureau of Immigration and Customs Enforcement ("ICE"), where I have served in that capacity for the last two and one-half years. My duties include participating in criminal investigations of possible violations of the various federal immigration statutes. Prior to my current job, I served in the United States Army for 31 years, retiring at the rank of Master Sergeant.

2. On February 8, 2005, at the request of AUSA Paul Casey, I obtained the alien file (# A76 682 755) for Defendant Lenny Jimenez-Beltre and removed the following three items: 1) the ten print fingerprint card taken of defendant Jimenez's fingerprints by Sgt. John Diliddo (who is one of the fingerprint examiners for the Worcester County Sheriff's Department) on October 2, 2003; 2) the warrant of deportation for defendant Jimenez which includes a photograph of Jimenez, a right index fingerprint and an entry that reflects Jimenez was deported to the Dominican Republic on March 19, 2002; and 3) a ten print fingerprint card taken of Jimenez by ICE detention removal officer Domenico Federico on February 4, 2002, the day Jimenez was convicted and sentenced on felony drug charges in Middlesex County case numbers MICR2000-00819.

3. On February 9, 2005, I brought these items to Sgt. John


EXHIBIT B

Diliddo so that he could compare the fingerprints contained in the three documents listed above. After examining the documents, Sgt. Diliddo advised me that the fingerprints contained in the documents were made by the same person.

_____
Doug Demais
Investigative Assistant
Bureau of Immigration and Customs Enfocement

Subscribed and sworn to before me this 9th day of February, 2005.

Ann Marie Lundell
My Commission expires 7-19-2009

-2-

## AFFIDAVIT OF JOHN DILIDDO

I, John Diliddo, being duly sworn, do hereby depose and state as follows:

1. I am a deputy sheriff and fingerprint examiner for the Worcester County Sheriff. I currently hold the rank of Sergeant. I have been trained in fingerprint identification and comparison by the Federal Bureau of Investigation and estimate that I have been involved in examining thousands of fingerprints since 1990. I have testified as a expert in fingerprint identification in various courts in Worcester County, Middlesex County, Massachusetts Federal District Court and the New York Supreme Court.

2. On February 9, 2005, ICE Investigative Assistant Doug Demais brought me three documents in connection with the case of <u>United States v. Lenny-Jimenez Beltre</u>, 04-40011-FDS, and asked me to compare the fingerprints contained on the three documents. The documents are described as follows: 1) a ten print fingerprint card of defendant Jimenez-Beltre's fingerprints, taken by me on October 2, 2003; 2) a document entitled Warrant of Removal/Deportation for file # A76 682 755, which includes among other things a photograph of Jimenez-Beltre, and a right index fingerprint. The form was apparently executed on March 19, 2002; and 3) a ten print fingerprint card in the name of Lenny Jimenez Beltre, taken by ICE agents on February 4, 2002.

3. I have examined and compared the fingerprints contained



EXHIBIT C

on the documents provided, and based my training and experience, including the fact that I took a set of fingerprints from Mr. Jimenez-Beltre, I conclude that these fingerprints were made by the same person, Lenny Jimenez-Beltre.

_____
Sgt. John Diliddo
Identification Section
Worcester County Sheriff's Department

Subscribed and sworn to before me this 9th day of February, 2005.

_____
Ann Marie Lundell
My Commission Expires: 7-19-2009

-2-