*Filed in open Court 2/15/05*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 04-40011-FDS |
| ) | |
| LENNY JIMINEZ-BELTRE ) | |

**MOTION FOR TRANSCRIPT**

Now comes the defendant in the above-entitled matter and moves that he be permitted to obtain the transcript of the Change Of Plea Hearing held on October 20, 2004 so as to determine what was placed precisely before the Court with regard to so much of the offense as alleges the aggravated felony and assigns as reasons therefor the following:

1. The defendant is indigent.

2. Defendant's counsel has determined that he needs to have the transcript.

3. The defendant asks that the Court, pursuant to the Criminal Justice Act, permit the defendant to obtain the

*Motion GRANTED.*
*2-15-05*

*[signature]*
*U.S.D.J.*

transcript at no cost to the defendant as he is indigent and has been incarcerated since May 2004.

                                  The Defendant
                                  By His Attorney,

                                  /s/ James B. Krasnoo
                                  James B. Krasnoo
                                  (BBO #279300)
                                  Law Offices of James B. Krasnoo
                                  23 Main Street
                                  Terrace Level
                                  Andover, MA  01810
                                  (978) 475-9955

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon Paul G. Casey, Assistant United States Attorney, 595 Main Street, Suite 206, Worcester, MA  01608 in hand on February 15, 2005.

                                  /s/ James B. Krasnoo
                                  James B. Krasnoo