UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 04-40011-FDS |
| ) | |
| LENNY JIMINEZ-BELTRE ) | |

### NOTICE OF APPEAL

Now comes the defendant in the above-entitled matter and gives notice of his appeal from all findings, rulings, orders and proceedings of the Court, including but not limited to, Change Of Plea proceedings, Sentencing and Judgment.

The Defendant
By His Attorney,

James B. Krasnoo
(BBO #279300)
Law Offices of James B. Krasnoo
23 Main Street
Terrace Level
Andover, MA  01810
(978) 475-9955

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon Paul G. Casey, Assistant United States Attorney, 595 Main Street, Suite 206, Worcester, MA 01608 by mail on February 22, 2005.

_____
James B. Krasnoo