## UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name UNITED STATES v. JIMENEZ BELTRE
District Court Case No. 04 40011 FDS    District of MASS. WORCESTER
Date Notice of Appeal filed 2/22/05    Court of Appeals Case No. 05-1218
Form filed on behalf of JIMENEZ - BELTRE

### TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) CHANGE OF PLEA - 10/20/04

---

### TRANSCRIPT ORDER

Name of Court Reporter MARIANNE KUSA-RYLL
Phone Number of Reporter 508 929 3399

A. ✓ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☑ Change of Plea | ALREADY ON FILE 10/20/04 |
| ☑ Sentencing | " ORDERED - SEE ATTACHED 2/15/05 |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. ✓ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.) SUBMITTED FOR APPROVAL
☑ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name JAMES B KRASNOO    Filer's Signature James B Krasnoo
Firm/Address 23 MAIN ST, TERRACE LEVEL, ANDOVER, MA 01810
Telephone number 978-475-9955    Date mailed to court reporter 3/3/05

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (10/24/03)    SEE INSTRUCTIONS ON REVERSE