04-40011
USDC/MA
Saylor, F.

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1242

UNITED STATES,

Appellee,

v.

LENNY JIMENEZ-BELTRE, a/k/a Tony Perez, a/k/a Hector
Cintron, a/k/a Hector Rivera,

Defendant, Appellant.

**JUDGMENT**
**Entered: March 28, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No. 05-1268.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/28/05

By the Court:

Richard Cushing Donovan, Clerk

By JULIE GREGG

Operations Manager

[cc: Lenny Jiminez-Beltre, James B. Krasnoo, Esq., Paul G. Casey, AUSA,
Dina M. Chaitowitz, AUSA]