# United States Court of Appeals
## For the First Circuit

No. 05-1268



UNITED STATES OF AMERICA,

Appellee,

v.

LENNY JIMÉNEZ-BELTRE,
a/k/a TONY PÉREZ, HÉCTOR CINTRÓN,
HÉCTOR GUZMÁN-RIVERA,

Defendant, Appellant.

---

**JUDGMENT**

Entered: March 9, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/30/06

By the Court:
Richard Cushing Donovan, Clerk

By: Julie Gregg, Operations Manager

[cc: James B. Krasnoo, Esq., Paul G. Casey, Esq., Dina M. Chaitowitz, Esq., Virginia M. Vander Jagt, Esq., Cynthia A. Young, Esq., Patty Merkamp Stemler, Esq., Judith H. Mizner, Esq., Amy M. Baron-Evans, Esq., Miriam Conrad, Esq., Peter Goldberger, Esq., Charles W. Rankin, Esq., Carmen D. Hernandez Gil, Esq., Joshua L. Dratel, Esq., Adi Goldstein, Esq., Lee Vilker, Esq., & Donald Lockhart, Esq.]